UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAUL KEOHANE**, ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:08-cv-02081-HHK |
| ) | |
| v. ) | |
| ) | |
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Defendant. ) | |

**Stipulation of Undisputed Facts**

Plaintiff Paul Keohane and Defendant United States of America, by and through their respective undersigned counsel, stipulate and agree to the following facts solely for the purposes of this case. The parties further stipulate and agree, solely for the purposes of this case, that the exhibits referred to herein and attached hereto are true and complete copies and are authentic.

1.  Plaintiff Paul Keohane is a United States citizen. He currently resides at Teguh Apartment 36, A14#3 Gerbank Erskine, Pulau Penang 10470, Penang, Malaysia.

2.  In 1994, Plaintiff worked in Jakarta, Indonesia. He did not timely file a federal income tax return for the taxable year ended December 31, 1994.

3.  The Internal Revenue Service ("IRS") prepared a substitute federal income tax return for Plaintiff's taxable year ended December 31, 1994. The United States assessed a deficiency totaling $18,903.00 for that taxable year against Plaintiff on October 19, 1998.

4.  The IRS credited Plaintiff with withheld income tax of $8,273.00, which amount was deemed paid on April 15, 1995.

5. Plaintiff and his wife Juat C. Lim filed joint returns (with the filing status "married filing jointly") for the 1998, 1999, 2000, 2001, 2002, 2003, and 2004 tax years. The returns were timely filed for each tax year on or before April 15 of the following year.

6. The IRS sent Plaintiff notices of intent to levy on or about August 21, 2000, August 28, 2000, April 23, 2002, and May 15, 2002 addressed to his last known address. Plaintiff did not receive these notices.

7. Plaintiff began receiving Social Security benefits in February 2003.

8. In June 2005, the IRS began to levy Plaintiff's Social Security payments in the amount of $451.90. Thereafter, the IRS received the levied $451.90 from the Social Security Administration from Plaintiff's Social Security payments on the following dates:

06/06/05
07/06/05
08/04/05
09/06/05
10/06/05
11/04/05
12/05/05
01/10/06
02/06/06
03/07/06
03/24/06
04/25/06
05/24/06
06/23/06
07/26/06
09/03/06
10/03/06
11/03/06
12/03/06
01/03/07
01/25/07
02/21/07
03/26/07
04/25/07
05/23/07
06/25/07
07/26/07

9. To execute this levy, the IRS issued a single paper levy to the Social Security Administration. This single levy, with no additional action by the IRS, removed $451.90 each month from Plaintiff's account.

10. Plaintiff became aware that his Social Security payments were the subject of an IRS levy no later than his receipt of a letter from the Social Security Administration dated May 18, 2005. Plaintiff received this letter less than one month after it was sent. Attached as Exhibit A is a true and correct copy of the May 18, 2005 letter.

11. On or about June 6, 2005, Plaintiff knew that the IRS had taken $451.90 from his Social Security payment. Plaintiff knew that the IRS took $451.90 from each Social Security payment thereafter until July 26, 2007. He also knew each month that the $451.90 levy exceeded fifteen (15) percent of his monthly Social Security payment.

12. On May 2, 2007, Plaintiff and his wife Juat C. Lim filed a joint federal income tax return for the taxable year ended December 31, 1994. On June 18, 2007, the IRS accepted Plaintiff and his wife's joint federal individual income tax return for the taxable year ended December 31, 1994. That return reflected tax due of $8,834.00, a late filing penalty of $1,987.65, a penalty for failure to pay tax of $2,208.50, and $2,541.87 in interest.

13. On July 23, 2007, the IRS refunded $8,947.87 to Plaintiff. On that date, the IRS also released the levy on Plaintiff's property by filing a Form 668-D, Release of Levy/Release of Property by Levy.

14. The IRS again levied Plaintiff's Social Security payment on July 26, 2007 in the amount of $451.90. On August 13, 2007, the IRS refunded the amount levied on July 26, 2007, together with $0.50 of interest, for a total payment of $452.40.

15. Plaintiff's monthly Social Security payments in 2005 were $1,135.00, in 2006 were $1,181.00, and in 2007 were $1,220.00

16. The monthly levied amount of $451.90 constituted approximately forty (40) percent of Plaintiff's monthly 2005 Social Security payments, thirty-eight (38) percent of his monthly 2006 Social Security payments, and thirty-seven (37) percent of his monthly 2007 Social Security payments.

17. $451.90 in 2005, 2006, and 2007 constituted in excess of 15% of Plaintiff's monthly Social Security payments during those years.

18. Plaintiff did not learn until after December 4, 2006, that the IRS had not been executing separate monthly levies against his Social Security payments. Plaintiff did not learn until after December 4, 2006, that the IRS was in fact relying on the continuing effect of a single paper levy for its monthly removal of $451.90 from Plaintiff's Social Security benefits.

19. Before December 4, 2006, Plaintiff Paul Keohane contacted the University of Connecticut Law School Tax Clinic (the "Tax Clinic") to request legal assistance with respect to the monthly $451.90 levy upon his Social Security payments.

20. Plaintiff does not have internet access in his home. In order to correspond with the Tax Clinic to seek help with obtaining relief from the levy, Plaintiff incurred internet access charges at a local internet cafe, postage costs, and courier fees. Attached as Exhibit B are copies of stamped envelopes that Plaintiff sent to the Tax Clinic. These documents contained correspondence and other documents relating to the IRS's levy of Plaintiff's Social Security payments.

21. The documents attached as Exhibit B reflect the following postage or courier amounts (in Malaysian Ringitt).

4

| Page Number | Postage or Courier Amount |
|---|---|
| PFK-00114 | RM 1.80 |
| PFK-00115 | RM 1.80 |
| PFK-00116 | RM 1.80 |
| PFK-00118 | RM 1.80 |
| PFK-00119 | RM 8.80 |
| PFK-00312 | RM 71.50 |
| **Total** | **RM 87.50** |

22. All of the correspondence referenced in the preceding paragraph took place in 2007. In 2007, at the daily exchange rate most favorable to the United States in this action, RM 87.50 was worth $23.55.

23. Plaintiff sent this correspondence to the Tax Clinic as a proximate result of the IRS levying in excess of 15% of his monthly Social Security payments.

24. On or about November 27, 2007, Plaintiff filed an administrative claim for unlawful collection action. The claim alleged that the IRS had improperly continuously levied in excess of fifteen (15) percent of his Social Security benefits.

25. On or about December 12, 2007, the IRS sent Plaintiff a letter stating that his administrative claim could not be processed because it had not included documentation of the alleged damages he had incurred.

26. On or about January 4, 2008, Plaintiff resubmitted his administrative claim, to which he attached materials to further document his alleged damages. Among the attached materials were copies of stamped envelopes he had sent to the Tax Clinic in which he had

transmitted correspondence and other documents relating to the IRS's levy of his Social Security payments.

27.  On or about May 28, 2008, the IRS denied Plaintiff's administrative claim because (1) it found no evidence of a violation of the Internal Revenue Code and (2) it deemed Plaintiff's claim untimely.  A copy of the IRS's May 28, 2008 letter is attached as Exhibit C.

28.  On December 4, 2008, Plaintiff caused to be filed his Complaint in this action.

29.  On December 4, 2008, in order to bring this action, Plaintiff caused to be paid a filing fee of $350 to the Clerk of the United States District Court of the District of Columbia.

Dated this 15th day of October, 2009

                                                          Respectfully submitted,

                                                         /s/ David W. Foster
                                                       Armando Gomez, D.C. Bar No. 459069
                                                       Alan J.J. Swirski, D.C. Bar No. 420046
                                                       David W. Foster, D.C. Bar No. 984393
                                                       1440 New York Avenue, N.W.
                                                       Washington, D.C.  20005
                                                       (202) 371-7000

                                                       Diana L. Leyden
                                                       University of Connecticut
                                                           School of Law Tax Clinic
                                                       65 Elizabeth Street
                                                       Hartford, CT  06105

                                                       *Attorneys for Plaintiff*

                                                       /s/ Robert J. Gallagher
                                                       Jeffrey A. Taylor
                                                       United States Attorney
                                                       Robert J. Gallagher

Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC  20044
(202) 616-8994

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing Stipulation of Undisputed Facts was served on October 15, 2009, electronically by ECF to:

>Robert J. Gallagher
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 227
>Ben Franklin Station
>Washington, DC  20044
>(202) 616-8994
>Robert.J.Gallagher@usdoj.gov
>
>*Attorney for Defendant*

                                           (s) David W. Foster