*Section 9*

M800

# Social Security Administration
## Retirement, Survivors, and Disability Insurance
Important Information

Office of Central
Operations
P.O. Box 17769
Baltimore, Maryland 21235-7769 U.S.A.
Date: May 18, 2005
Claim Number: ███████████

PAUL F KEOHANE
WIANG INN MANSION 209
2/1 SUNTISUK 3
CHANG PUAK
50200 MUANG CHIANG MAI
THAILAND  929

We are writing to tell you that the Internal Revenue Service (IRS) will take part of your Social Security payments because you owe them money. The IRS calls this action a Notice of Levy.

## What We Will Take Out

The IRS will take $451.90 from each monthly payment to collect what you owe. You will receive a payment for $683.30 each month beginning with the payment you would receive around June 3, 2005.

If you need more information or have any questions, please contact your local IRS office.

W. Burnell Hurt
Associate Commissioner for
Central Operations

0344