

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

University of Connecticut School of Law Tax Clinic
Diana Leyden Esq,
65 Elizabeth Street
Hartford, CT 06105

Re: Paul Keohane & Lim Juat Chai

Dear Ms. Leyden:

We have reviewed your claim for damages under Internal Revenue Code section 7433 Civil Damages for Certain Unauthorized Collection Actions.

We are denying your claim because there is no evidence or reason to find that in connection with any collection of federal tax, any officer or employee of the Internal Revenue Service recklessly or intentionally, or by reason of negligence, disregarded any provision of Title 26 of the United States Code, or any regulation promulgated thereunder.

Additionally, we find that your claim was not timely filed as required by regulations.

You are not entitled to make another administrative appeal of this decision. However, if you wish to take further action, you may file a civil action for damages under Treasury Regulation 301.7433-1 in federal district court. You have 2 years from the date of the action you believe caused you damage to take your case to court.

If we can be of further assistance or if you have any questions concerning this matter, please write to Internal Revenue Service, Advisory Group, 380 Westminster Street Providence RI  or you may contact Technical Support Advisor, James Rooney 06-03100 by phone at 401-528-1903 or by fax at 401-528-1860.

Sincerely yours,

Milton Alschuler
Territory Manager
North Atlantic Territory

PFK-00309