**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| PAUL KEOHANE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:08-cv-02081-HHK |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) ) | |

**UNITED STATES' MOTION FOR SUMMARY JUDGMENT**

The defendant, the United States of America, pursuant to Fed. R. Civ. P. 56(c), moves this Court to enter summary judgment in its favor and against the plaintiff, Paul Keohane. The grounds for this motion are:

1. This action is barred under the two-year period of limitations provided by 26 U.S.C. § 7433(d)(3);

2. Plaintiff has not suffered any actual, direct economic damages as a result of the levy service by the Internal Revenue Service, and thus cannot recover under section 7433;

3. The IRS was empowered to levy as it did on plaintiff's property and rights to property under 26 U.S.C. § 6331;

4. There are no genuine issues of material fact that remain for trial; and

5. The United States is entitled to judgment as a matter of law.

This motion is based on the pleadings, the records and files in this case, the Statement of Stipulated Facts, and the memorandum of law filed herewith.

WHEREFORE, the defendant, the United States of America, respectfully requests that summary judgment be entered in its favor and against the plaintiff, Paul Keohane, in the above-captioned civil action.

DATE: November 13, 2009                    JEFFREY A. TAYLOR
                                           United States Attorney

                                            /s/ Robert J. Gallagher
                                           ROBERT J. GALLAGHER
                                           Trial Attorney, Tax Division
                                           U.S. Department of Justice
                                           Post Office Box 227
                                           Ben Franklin Station
                                           Washington, DC 20044
                                           Telephone: (202) 616-8994
                                           Facsimile:   (202) 514-6866
                                           Email: Robert.J.Gallagher@usdoj.gov

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that the foregoing UNITED STATES' MOTION FOR SUMMARY JUDGMENT was served on November 13, 2009, electronically by ECF, to:

>Alan J.J. Swirski
>Skadden Arps Slate Meagher & Flom LLP
>1440 New York Avenue, NW
>Washington, DC 20004-2634
>Telephone: (202) 371-7610
>Facsimile: (202) 661-0510
>Email: alan.swirski@skadden.com
>*Plaintiff's Counsel*
>
>Armando Gomez
>Skadden Arps Slate Meagher & Flom LLP
>1440 New York Avenue, NW
>Washington, DC 20004-2634
>Telephone: (202) 371-7868
>Email: armando.gomez@skadden.com
>*Plaintiff's Counsel*
>
>David William Foster
>Skadden Arps Slate Meagher & Flom LLP
>1440 New York Avenue, NW
>Washington, DC 20005
>Telephone: (202) 371-7626
>Facsimile: (202) 661-0586
>Email: david.foster@skadden.com
>*Plaintiff's Counsel*

And by First Class U.S. Mail, postage prepaid, to:

>Diana Lynn Leyden
>University of Connecticut School of Law Tax Clinic
>65 Elizabeth Street
>Hartford, CT 06105
>Telephone: (860) 570-5461
>*Plaintiff's Counsel*

/s/ Robert J. Gallagher