# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAUL KEOHANE**, | ) Case No.: **1:08-cv-02081-HHK** |
| Plaintiff, | ) **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR HEARING; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; DECLARATION OF ARMANDO GOMEZ; STATEMENT OF MATERIAL FACTS; PROPOSED ORDER; CERTIFICATE OF SERVICE** |
| vs. | |
| **UNITED STATES OF AMERICA**, | |
| Defendant. | |

## MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR HEARING

Plaintiff Paul Keohane hereby moves for summary judgment on all causes of action asserted in the First Amended Complaint filed April 13, 2009.

This motion is made pursuant to Federal Rules of Civil Procedure 7, 54, and 56, and Local Civil Rule 7. It is based upon Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Summary Judgment, the declaration of Armando Gomez, the Stipulation of Undisputed Facts (Dckt. No. 17) filed October 15, 2009, the attached Statement of Material Facts, as well as the pleadings filed in this action.

In addition, pursuant to Local Civil Rule 78.1, Plaintiff requests a hearing on this motion.

Dated November 13, 2009.

Respectfully submitted,

 /s/ David W. Foster
Armando Gomez, D.C. Bar No. 459069
Alan J.J. Swirski, D.C. Bar No. 420046
David W. Foster, D.C. Bar No. 984393


2

1440 New York Avenue, N.W.
Washington, DC  20005
(202) 371-7000


Diana L. Leyden
University of Connecticut
   School of Law Tax Clinic
65 Elizabeth Street
Hartford, CT  06105

*Attorneys for Plaintiff*